IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

NIKKITA BROWN,

    Plaintiff,

vs.

CITY OF CHICAGO, a Municipal Corporation; and BRUCE R. DYKER, star no. 19236, Individually and as an Employee of the CITY OF CHICAGO,

    Defendants.

Case No. 1:22-cv-03169

## JOINT STATUS REPORT

NOW COMES plaintiff, NIKKITA BROWN, and defendants, CITY OF CHICAGO, and BRUCE R. DYKER, (hereinafter "the Parties"), by and through their attorneys, and for the parties' Joint Status Report, state as follows:

1) **A proposed case schedule in light of the ruling on the motion to dismiss.**

    *Plaintiff's Position*:

    - Rule 26(a)(1) disclosures by July 14, 2023;
    - Fact discovery completed by April 15, 2024;
    - Dispositive motions filed by May 15, 2024;
    - Plaintiff's expert disclosures by May 15, 2024;
    - Plaintiff's expert deposed by June 17, 2024;
    - Defense expert disclosures July 17, 2024;
    - Defense experts deposed by August 18, 2024

    *Defendants' Position*:

    The underlying criminal matter of *People v. Dyker*, 22 CR 0639801, is pending, and the Cook County Criminal Court has reserved August 8, 2023, for Defendant Dyker's criminal trial. Defendants respectfully request that Merits and *Monell* discovery be stayed against all Defendants due to the pending criminal case against Defendant Dyker and Defendant City's pending motion to dismiss.

**2) The parties' views regarding prospects for settlement and whether they request a referral.**

The parties believe that a referral for settlement would be premature at this time. The parties are open to the prospects of a referral once preliminary discovery has been completed.

**3) Any other matters the parties feel it would be helpful to discuss with the Court at a telephonic status hearing.**

None at this time.

Dated: June 15, 2023　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　NIKKITA BROWN

　　　　　　　　　　　　　　By:　　/s/ *Michael L. Gallagher*
　　　　　　　　　　　　　　　　　　Michael L. Gallagher
　　　　　　　　　　　　　　　　　　Gallagher Law Offices LLC
　　　　　　　　　　　　　　　　　　161 N. Clark Street
　　　　　　　　　　　　　　　　　　Suite 3050
　　　　　　　　　　　　　　　　　　Chicago, IL 60601
　　　　　　　　　　　　　　　　　　(312) 910-5050
　　　　　　　　　　　　　　　　　　mlg@gallagherinjurylaw.com

　　　　　　　　　　　　　　　　　　CITY OF CHICAGO

　　　　　　　　　　　　　　By:　　/s/ *Marion C. Moore*
　　　　　　　　　　　　　　　　　　Marion C. Moore
　　　　　　　　　　　　　　　　　　Leslie Wiesen
　　　　　　　　　　　　　　　　　　Chief Assistant Corporation Counsel
　　　　　　　　　　　　　　　　　　City of Chicago, Department of Law
　　　　　　　　　　　　　　　　　　2 N. LaSalle, Suite 420
　　　　　　　　　　　　　　　　　　Chicago, IL 60602
　　　　　　　　　　　　　　　　　　(312) 744-5170
　　　　　　　　　　　　　　　　　　marion.moore@cityofchicago.org
　　　　　　　　　　　　　　　　　　Leslie.Wiesen@cityofchicago.org

　　　　　　　　　　　　　　　　　　DEFENDANT BRUCE R. DYKER

　　　　　　　　　　　　　　By:　　/s/ *Lisa M. McElroy*
　　　　　　　　　　　　　　　　　　Brian P. Gainer
　　　　　　　　　　　　　　　　　　Lisa M. McElroy
　　　　　　　　　　　　　　　　　　Johnson & Bell, Ltd.
　　　　　　　　　　　　　　　　　　33 W. Monroe Street, Suite 2700
　　　　　　　　　　　　　　　　　　Chicago, IL 60603
　　　　　　　　　　　　　　　　　　(312) 372-0770

gainerb@jbltd.com
mcelroyl@jbltd.com